IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Bell Road Lodge, LLC.,<br><br>　　　　　　Defendant. | No. CV-17-03269-PHX-BSB<br><br>**ORDER** |

The Court has considered the parties' Stipulation for Dismissal with Prejudice (Doc. 20), and good cause appearing,

**IT IS ORDERED** dismissing this action in its entirety with prejudice, with each party to bear their own costs and attorney's fees.

Dated this 13th day of March, 2018.

_____
Bridget S. Bade
United States Magistrate Judge